**Opinion issued June 5, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00759-CV

_____

**FRANK SCHEIBNER, Appellant**

**V.**

**RANAE LANDRUM, Appellee**

---

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-06321A**

---

## MEMORANDUM OPINION

Appellant, Frank Scheibner, filed a notice of appeal from the trial court's September 6, 2024 Order in Suit to Modify Parent-Child Relationship. Appellant has neither paid the required fees nor established indigence for purposes of costs. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN.

§§ 51.207, 51.208, 51.851(b), 51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On October 30, 2024, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by December 2, 2024. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees and want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.